# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYNN MOLZAHN, <br><br> Plaintiff, <br><br> vs. <br><br> ASI AG SERVICES, INC., <br><br> Defendant. | 8:15CV409 <br><br> **ORDER** |

IT IS ORDERED that the motion to withdraw filed by counsel Jaclyn N. Daake and Duncan, Walker, Schenker & Daake, P.C., L.L.O., as counsel of record for Plaintiff Kynn Molzahn, (filing no. 9), is granted.

December 10, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge