IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KM AG SERVICES, INC.,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>ASI AG SERVICES, INC., a Minnesota Corporation;<br><br>                    Defendant. | 8:15CV409<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Matthew B. Reilly and the firm of Erickson | Sederstrom, PC, LLO, to withdraw as counsel of record for Defendant ASI Ag Services, Inc. (filing no. 27), is granted.

2) Defendant ASI Ag Services, Inc, a corporation, cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before July 28, 2016, Defendant ASI Ag Services, Inc. shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

3) The clerk shall mail a copy of this order to Defendant ASI Ag Services, Inc. at Ag Services, Inc., c/o Dennis DeNio, 520 Zang St., Ste. 221, Broomfield, CO 80021.

July 7, 2016.

                                         BY THE COURT:

                                         *s/ Cheryl R. Zwart*
                                         United States Magistrate Judge